IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02562-WYD-KMT

RONALD ARCHULETA,

      Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, hereby

ORDERS that the Stipulation of Dismissal With Prejudice (ECF No. 15) is

**APPROVED** and this case is **DISMISSED WITH PREJUDICE**, with each party to pay

his or its own attorney's fees and costs.

      Dated: January 8, 2014.

                BY THE COURT:


                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE